# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

PAVEL TOKAR, et al

**UNDER SEAL**

**WARRANT FOR ARREST**

Case Number: OR. 04-CR-338-04-KI

To: The United States Marshal
or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Pavel Shvetsov**

and bring him or her forthwith to the nearest magistrate to answer a(n)

xx Indictment   _ Information   _ Order of Court   _ Violation Notice   _ Probation Violation Petition

charging him or her with: Aiding and Abetting; Conspiracy; Mail Fraud; Forfeiture Allegation

in violation of Title 18 United States Code, Section(s) 2; 18:371; 18:1341

Donald M. Cinnamond
Name of Issuing Officer

[signature]
Signature of Issuing Officer
P. Scheneman, Deputy Clerk

Clerk, US District Court
Title of Issuing Officer

August 26, 2004, Portland, Oregon
Date and Location

Bail fixed at $ **detention requested**

by US Magistrate Judge, Donald C. Ashmanskas
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 2am @ 5 Danielle St Chelmsford, MA |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 09-27-04 | SFO William Dolan | [signature] William Dolan |