# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  
REV. 5/98

**IN UNITED STATES IN THE CASE OF**

☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

FOR

_____ VS. _____

AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? Yes **X** No ☐ Am Self Employed
- Name and address of employer: **S + F AUTO SALES**
- IF YES, how much do you earn per month? $ **1800**
- IF NO, give month and year of last employment. How much did you earn per month $ _____
- If married is your Spouse employed? **X** Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ **3000**
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes **X** No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking account **X** Yes ☐ No IF YES, state total amount $ **700**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? **X** Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT $ **7500 AUTOMOBILE**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  **X** MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No of Dependents: **3**
- List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS INCLUDING BANKS LOAN COMPANIES CHARGE ACCOUNTS ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| | | $ | $ **1500** |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ **Paul**
(OR PERSON REPRESENTED)