UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )       Arresting District No.:04mj674-KPN
                                )
        v.                      )
                                )
                                )
                                )
PAVEL SHVETSOV,                 )
                        Defendant )       Charging District No.:

## ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION
September 27, 2004

The Defendant, having appeared before this Court pursuant to Rule 40, Fed. R. Crim. P., and proceedings having been concluded and the Defendant released;

IT IS ORDERED that the Defendant be held to answer in the United States District Court for the_____ District of _Oregon_; and shall appear at all proceedings as required. The Defendant shall next appear on Friday, October 8, 2004, at 9:00 a.m. at the U.S. District Court, District of Oregon (740 U.S. Courthouse, 1000 Southwest Third Avenue, Portland, OR).


        ___/s/ Kenneth P. Neiman_____
        KENNETH P. NEIMAN
        U.S. Magistrate Judge